OPINION # __O-7527__ WAS NEVER ISSUED OR

WAS WITHDRAWN.